IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC1,<br><br>      Plaintiff,<br><br>  vs.<br><br>SARAH MARGARET TAYLOR; HAWAIIAN PARADISE PARK OWNERS ASSOCIATION; and DOES 1 through 20, inclusive,<br><br>      Defendants. | CV 15-00018 DKW-KSC<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 20, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation to Grant Plaintiff's Motion to Remand Case to State Court" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: March 9, 2015 at Honolulu, Hawai'i.



    /s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

US Bank National Association v. Sarah Margaret Taylor, et al.;
CV 15-00018 DKW-KSC; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**